

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christiane Lee Nitschke<br><br>                          **Plaintiff,**<br>                   V.<br>See Attachment<br><br>                          **Defendant.** | Civil Action No.   23-cv-01206-LL-VET<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's Motion to Dismiss the Second Amended Complaint with prejudice, DENIES Plaintiff's Motion for Relief from the Motion to Dismiss, and DENIES Plaintiff's Motion for Default Judgment.

Date:   12/17/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler
                                    B. Chandler, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 23-cv-01206-LL-VET

Defendants:
County of San Diego; Nora Vargas, an individual; Joel Anderson, an individual; Terra Lawson-Remer, an individual; Nathan Fletcher, an individual; Jim Desmond, an individual; Helen N. Robbins-Meyer, an individual; Michael Vu, an individual; Claudia Silva, an individual; Raquel Young, an individual; Todd Hood, an individual; Robin Ramirez, an individual; David Estrella, an individual; Skyler Moore, an individual; Nicholas Martinez, an individual; Nick Macchione, an individual; Christy Carlson, an individual; Jennifer Campos, an individual; Jaime Mendez, an individual; Keith Van Wagner, an individual; Katherine Ilagan, an individual; Mia Watson-Good, an individual; Stefanie Osborn, an individual; Diana Gaitan, an individual; Liliana Gomez, an individual; Dalia Garcia-Serrano, an individual